**FILED**

06/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0553

IN RE THE MARRIAGE OF:

MIKI L. ADAMS,

Petitioner and Appellee,

and

DIRK S. ADAMS,

Respondent and Appellant.

FILED

JUN 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Dirk S. Adams has filed a petition for rehearing in the captioned matter. Appellee Miki L. Adams has filed a response objecting to the petition and requesting attorney's fees.

This Court will consider a petition for rehearing only if our initial decision overlooked some fact material to the decision, overlooked a question presented that would have proven decisive to the case, or if the decision conflicts with a statute or controlling decision not addressed by the Court. M. R. App. P. 20(1)(a)(i-iii).

Having fully considered Appellant's petition and the Appellee's response, the Court concludes that rehearing is not warranted under Rule 20. Therefore,

IT IS ORDERED that the petition for rehearing is DENIED.

IT IS FURTHER ORDERED that Appellee's request for attorney's fees is DENIED.

The Clerk is directed to provide a copy of this Order to Dirk S. Adams and all counsel of record.

DATED this 27 day of June, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices